**PHILIP R. WOOTEN**
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
Telephone: 480-598-4330
Facsimile: 480-598-4331
philip.wooten@azbar.org
*Attorney for Defendant Trans Union LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| GUY BAKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>NATIONAL RECOVERY SOLUTIONS, LLC,<br><br>　　　　　Defendants. | Case No. _____<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>(Removed from San Marcos Justice Court of the State of Arizona, County of Maricopa, Case No. CC 2010-411866-RC) |

Trans Union LLC ("Trans Union"), file this, its Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof, would respectfully show the Court as follows:

**A.  Procedural Background**

1. Guy Baker is the Plaintiff ("Plaintiff"). Trans Union and National Recovery Solutions, LLC, are named as the Defendants.

2. On July 14, 2010, Plaintiff filed this action in the Justice Court of the State of Arizona in and for the County of Maricopa, under case no. CV 2010-411866-RC, ("State Court Action"), alleging that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

3. On August 17, 2010, Plaintiff filed a Notice of Voluntary Dismissal of Defendant National Recovery Solutions, LLC. Trans Union is the only remaining defendant.

4.      The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

5.      Trans Union was served with Plaintiff's Original Complaint on July 20, 2010.  National Recovery Solutions, LLC was served with Plaintiff's Original Complaint on July 19, 2010.  This Notice of Removal within the thirty (30) day time period required by 28 U.S.C. §1446(b).

### B. Grounds for Removal

6.      The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States.  Removal is thus proper because Plaintiff's claims present a federal question.  *Id*.  In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.  Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C. Compliance with Procedural Requirements

7.      Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

8.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

9.      Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Justice Court of the State of Arizona in and for the County of Maricopa, as required by 28 U.S.C. § 1446(d).

3152106.1/SP/83057/1037/081810

1   10. Pursuant to 28 U.S.C. § 1446(a) and local rule 3.7, a copy of all process, pleadings, and orders served upon Defendants in the State Court Action is attached hereto as Exhibit A.

11. Trial has not commenced in the Justice Court of the State of Arizona in and for the County of Maricopa.

12. All Defendants that have been served upon the date filing of this Notice of Removal consent to the removal of this case.  By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.  The Joinder in the Removal from National Recovery Solutions is attached hereto as Exhibit B.

WHEREFORE, Trans Union LLC respectfully pray that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: August 18, 2010.

Respectfully Submitted,

By  /s/  Philip R. Wooten
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
Telephone: 480-598-4330
Facsimile:  480-598-4331
philip.wooten@azbar.org
*Attorney for Defendant Trans Union LLC*

3152106.1/SP/83057/1037/081810

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following on August 18, 2010, as follows:

| | |
|---|---|
| Guy Baker   *(Via CM/RRR)*<br>700 North Coronado, # 1003<br>Chandler, AZ  85224<br>520-275-1345<br>***Plaintiff Pro Se*** | William W. Drury, Jr., Esq.*(Via U.S. Mail)*<br>Paul J. Sheston, Esq.<br>Renaud Cook Drury Mesaros, PA<br>One North Central, Suite 900<br>Phoenix, AZ 85004<br>602 307-9900<br>602 307-5853 fax<br>bdrury@rcdmlaw.com<br>psheston@rcdmlaw.com<br>***Attorneys for Defendant National Recovery Solutions, LLC*** |

By  /s/  Philip R. Wooten

3152106.1/SP/83057/1037/081810