IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Guy Baker, | ) | No. CV-10-01765-PHX-NVW |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Trans Union LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Court having reviewed the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 15) filed on November 9, 2010, and good cause appearing,

IT IS ORDERED granting parties' Joint Stipulation of Dismissal with Prejudice (Doc. 15).

IT IS FURTHER ORDERED that the Clerk shall dismiss this action with prejudice, with both parties bearing their own attorneys' fees and costs.

DATED this 9th day of November, 2010.

_____
Neil V. Wake
United States District Judge